ROB BONTA  
Attorney General of California  
BRIAN D. WESLEY (STATE BAR NO. 219018)  
Supervising Deputy Attorney General  
TJ FOX (STATE BAR NO. 322938)  
Deputy Attorney General  
  300 South Spring Street, Suite 1702  
  Los Angeles, CA 90013  
  Telephone: (213) 269-6000  
  Facsimile: (619) 645-2581  
  E-Mail: Brian.Wesley@doj.ca.gov  
*Attorneys for Defendant California Department of Tax and Fee Administration*

Bruce A Boice, Esq., SBN: 249296  
  Law Office of Boice & Associates  
  307 E. Chapman Ave., Suite 102  
  Orange, CA  
  TEL: 949-690-8647  
  FAX: 949-612-0859  
  bboice@lawyer.com  
*Attorney for Plaintiff Eric Conrad*

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIC CONRAD,<br><br>    Debtor.<br><br><br>ERIC CONRAD,<br><br>    Plaintiff,<br><br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, a.k.a., STATE OF CALIFORNIA BOARD OF EQUALIZATION,<br><br>    Defendant(s). | Case No.: 2:21-bk-12802-WB<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01108-WB<br><br><br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Status Conference<br><br>Date: August 24, 2021<br>Time: 2:00 PM<br>Judge: Hon. Julia W. Brand<br>Location: 255 E Temple St., Courtroom 1375, Los Angeles, CA 90012 |

-1-

_____
*In re Eric Conrad*                                                                                 Case No.: 2:21-bk-12802-WB  
Order Approving Extension of Time

Pursuant to the Stipulation to Extend Time to Respond to Complaint filed with this Court on July 16, 2021 and good cause showing, it is ordered that Defendant California Department of Tax and Fee Administration shall have up to and including July 30, 2021 to submit an answer or otherwise respond to Plaintiff's Complaint.

###