Rob Bonta
Attorney General of California
Brian D. Wesley (State Bar No. 219018)
Supervising Deputy Attorney General
TJ Fox (State Bar No. 322938)
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6000
  Facsimile: (619) 645-2581
  E-Mail: Brian.Wesley@doj.ca.gov
*Attorneys for Defendant California Department of Tax and Fee Administration*

Bruce A Boice, Esq., SBN: 249296
  Law Office of Boice & Associates
  307 E. Chapman Ave., Suite 102
  Orange, CA
  TEL: 949-690-8647
  FAX: 949-612-0859
bboice@lawyer.com
*Attorney for Plaintiff Eric Conrad*

**FILED & ENTERED**

**JUL 20 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**CHANGES MADE BY COURT**

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ERIC CONRAD,<br><br>       Debtor.<br><br>ERIC CONRAD,<br><br>       Plaintiff,<br><br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, a.k.a., STATE OF CALIFORNIA BOARD OF EQUALIZATION,<br><br>       Defendant(s). | Case No.: 2:21-bk-12802-WB<br><br>Chapter 7<br><br>Adversary No.: 2:21-ap-01108-WB<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Status Conference<br><br>Date: August 24, 2021<br>Time: 2:00 PM<br>Judge: Hon. Julia W. Brand<br>Location: 255 E Temple St., Courtroom 1375, Los Angeles, CA 90012 |

-1-

_____
*In re Eric Conrad*                        Case No.: 2:21-bk-12802-WB
Order Approving Extension of Time

**The Court, having considered** ~~Pursuant to~~ the Stipulation to Extend Time to Respond to Complaint ***("Stipulation") (docket no. 6)*** filed with this Court on July 16, 2021 and good cause showing, it is ordered that **the Stipulation is approved and** Defendant California Department of Tax and Fee Administration shall have up to and including July 30, 2021 to submit an answer or otherwise respond to Plaintiff's Complaint.

###

Date: July 20, 2021

*[signature: Julia W Brand]*
Julia W. Brand
United States Bankruptcy Judge

-2-

*In re Eric Conrad*    Case No.: 2:21-bk-12802-WB
Order Approving Extension of Time